# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

In re:

ALOYSIUS SMITH                           CASE NO.   9:15-bk-07705-FMD

       Debtor.                         CHAPTER   13
_____/

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, Rushmore Loan Management Services LLC, by and through undersigned counsel, objects to Debtor's Plan and states:

1. Creditor holds a secured claim by virtue of its note and mortgage on the property located at 2353 Mayfield Ct, Naples, Florida 34105.

2. Creditor intends to timely file a Proof of Claim.

3. Debtor's Plan indicates an intention to mediate with Creditor through the Loss Mitigation Mediation Program.

4. Creditor has the right to inquire further into the Debtor's ability to be eligible for a loan modification either before or during the mediation process.

5. If a mediation is had and results in an impasse or denial of the modification, Creditor's claim should be paid in full or the property surrendered.

6. Moreover, Debtor's Plan should account for future taxes and insurance during the pendency of the potential mediation.

7. Creditor reserves the right to supplement this Objection, as necessary.

**WHEREFORE**, Creditor respectfully requests the Court sustain its Objection and for such other and further relief as the Court deems appropriate.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served by CM/ECF notice and regular mail to the parties below this <u>1st</u> day of <u>September</u>, <u>2015</u>.

           **BUCKLEY MADOLE, P.C.**

           */s/ Austin M. Noel*
           Austin M. Noel, Esquire
           Florida Bar Number 106539
           Buckley Madole, P.C.
           P.O. Box 22408
           Tampa, FL 33622
           Telephone/Fax: 813-774-6221
           bkfl@buckleymadole.com

**VIA REGULAR MAIL**
Aloysius Smith
2353 Mayfield Ct
Naples, Florida 34106

**VIA CM/ECF NOTICE**
Charles R Hayes
Charles R Hayes, PA
2590 Northbrooke Plaza Drive
Suite 303
Naples, Florida 34119

**Chapter 13 Trustee**
Jon M. Waage
Post Office Box 25001
Bradenton, Florida 34206-5001